AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

United States of America
v.

RENE SHARRONE COPELAND
*Defendant*

Case No. 7:22-779

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RENE SHARRONE COPELAND,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 371; Title 18, United States Code, Section 922(h); Title 18, United States Code, Section 924(a)(2); Title 18, United States Code, Section 922(k); Title 18, United States Code, Section 924(a)(1)(B); Title 18, United States Code, Section 2; Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1)(D); Title 21, United States Code, Section 846; Title 21, United States Code, Section 853; Title 21, United States Code, Section 881; Title 28, United States Code, Section 2461(c)

Date: 09/14/2022

City and state: Greenville, South Carolina

s/Jackie Aiken, Deputy Clerk
*Issuing officer's signature*
ROBIN BLUME
CLERK OF COURT

*Printed name and title*

### Return

This warrant was received on *(date)* 2/28/23, and the person was arrested on *(date)* 3/1/23
at *(city and state)* GREENBELT, MD

Date: 3/1/23

*Arresting officer's signature*

DONALD WATERS, SA ATF
*Printed name and title*